SEP 5 2023 PM3:32
FILED - USDC - FLMD - ORL

PROVIDED TO
HAMILTON CI

8·28·23

To whom it may behoove,

AUG 29 2023
RECEIVED BY MP
FOR MAILING

My name is Glen Grayston

Current inmate housed at Hamilton Annex Correctional Institution. I am writing this honorable United states District Federal court to inform them of a Federal offense being committed by this institution in regard to my outgoing mail and to respectfully request that you intervene to restore Justice and keep this crime from being further committed against myself and any other inmate housed at this institution. On Tuesday Morning August 22nd 2023 I attempted to mail out 2 letters, one to each of my emergency contacts, to inform my loved ones that I am in confinement due to an incident that happened the previous day, Monday August 21st, where I was unreasonably sprayed in my face with chemical agents and threatened by an officer here. In each of the letters I truthfully expressed to my loved ones that I am now in fear that the officer who sprayed me and the ones who were in cahootz with her will do as threatened and spray me with chemical agents every time they see me and/or set me up with an allegation that could possibly get me more time in the department of Corrections, in an attempt to justify their planned cruelty toward me. In the letters I asked my loved ones to call the institution and speak to the warden or anyone else who will bring light to my predicament and help protect me from the crooked officers who were involved in my assault.

Due to the contents of each of my outgoing letters and the fact that neither of my loved ones have yet to receive them I strongly believe that the mail has been tampered with (destroyed or thrown away.) by Hamilton Annex correctional Institution, in an effort to cover up the corruption within the institution that I exposed in them. Let the record show that the letters in question were collected on the morning of 8·22·23 by confinement staff. Both were addressed to Jacksonville, FL from where I am currently in Jasper, FL but as of 8·27·23 my loved ones have yet to receive my most urgent correspondence. I respectfully request that this honorable court investigate the aforementioned institutions handling of the inmates outgoing mail. As we all know tampering with mail is a federal offense that should not be taken lightly. Please do something to help us inmates housed at this corrupt institution secure our right as U.S. citizens to have access to incoming and outgoing mail. Please and thank you in advance.

Respectfully Submitted,

Glen Grayston #148622
Hamilton Annex correctional Inst
10650 SW 46th St
Jasper, FL 32052